# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **HERMALINDO G. ESCOBAR MONTERROSO,** | § § § § | |
| *Petitioner*, | § § | |
| **v.** | § § § | |
| **MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID VENTURELLA, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHRISTOPHER MCGREGOR, DIRECTOR, EL PASO ICE FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD BLANCHE, ACTING ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE; AND WARDEN, EL PASO SERVICE PROCESSING CENTER,** | § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-01915-LS** |
| *Respondents*. | § § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 22, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 3.